## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID HACKBART, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO: |
| | ) | 07-157 |
| v. | ) | |
| | ) | JUDGE CERCONE |
| THE CITY OF PITTSBURGH, | ) | |
| and SGT. BRIAN ELLEDGE, | ) | ELECTRONICALLY |
| | ) | FILED |
| | ) | |
| Defendants. | ) | |
| | ) | |

**SUPPLEMENTAL DESIGNATION OF DISCOVERY EXCERPTS
TO BE OFFERED AT TRIAL BY PLAINTIFF**

Plaintiff David Hackbart, by his lawyers, designates the following supplemental discovery excerpts that he intends to offer into evidence during the trial of this matter.

1. Plaintiff will read the following deposition transcript excerpts into the record during his case in chief:

**Brian Elledge**

| Page | Lines |
|------|-------|
| 58   | 9-25  |

Respectfully submitted,

/s/ Sara J. Rose
Sara J. Rose
PA ID No.: 204936
Witold J. Walczak
PA ID No.: 62976
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
　OF PENNSYLVANIA
313 Atwood Street
Pittsburgh, PA  15213
(412) 681-7864
(412) 681-8707 – facsimile


/s/ Thomas J. Farrell
Thomas J. Farrell
PA ID No.: 48796
FARRELL & REISINGER, LLC
200 Koppers Building
Pittsburgh, PA  15219
(412) 894-1380
(412) 894-1381 – facsimile