## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID HACKBART,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:07cv157 |
| ) | **Electronic Filing** |
| **THE CITY OF PITTSBURGH,** and **SGT.** ) | |
| **BRIAN ELLEDGE,** ) | |
| ) | |
| Defendant. ) | |

### ORDER OF COURT

AND NOW, this 8th day of September, 2009, after discussions with, and agreement among, the parties,

IT IS HEREBY ORDERED that trial on this matter shall be continued until further Order of Court.

                                                  s/ David Stewart Cercone
                                                  David Stewart Cercone
                                                  United States District Judge

cc:    Thomas J. Farrell, Esquire
        Valerie M. Antonette, Esquire
        Reich, Alexander, Reisinger & Farrell, LLC
        436 Seventh Avenue
        Suite 1000
        Koppers Building
        Pittsburgh, PA 15219

        Witold J. Walczak, Esquire
        Sara J. Rose, Esquire
        American Civil Liberties Foundation
        313 Atwood Street
        Pittsburgh, PA 15213

        Michael E. Kennedy, Esquire
        George R. Specter, Esquire
        City of Pittsburgh Law Department
        313 City-County Building
        414 Grant Street
        Pittsburgh, PA 15219

        Bryan Campbell, Esquire
        220 Grant Street
        6th Floor
        Pittsburgh, PA 15219