IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID HACKBART, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )   2:07cv157<br>)   **Electronic Filing** |
| THE CITY OF PITTSBURGH, and SGT. BRIAN ELLEDGE, | )<br>)<br>) |
| Defendant. | )<br>) |

## ORDER OF COURT

AND NOW, this 16th day of December, 2009, it appearing to the court that the parties have agreed to an amicable resolution of this matter,

IT IS ORDERED that the clerk shall remove this case from the docket for administrative purposes.

IT IS FURTHER ORDERED that, in the event either party fails to execute the settlement agreement, the case shall be reinstated to the docket upon written request of either party.

IT IS FINALLY ORDERED that the court shall retain jurisdiction to enforce the terms of the settlement agreement of the parties. Shaffer v. GTE North, Inc., No. 01-1486 (3rd Cir. March 28, 2002).

_____<br>
David Stewart Cercone<br>
United States District Judge

cc:   Thomas J. Farrell, Esquire
      Valerie M. Antonette, Esquire
      Reich, Alexander, Reisinger & Farrell, LLC
      436 Seventh Avenue
      Suite 1000
      Koppers Building
      Pittsburgh, PA 15219

      Witold J. Walczak, Esquire
      Sara J. Rose, Esquire
      American Civil Liberties Foundation
      313 Atwood Street
      Pittsburgh, PA 15213

Michael E. Kennedy, Esquire
George R. Specter, Esquire
City of Pittsburgh Law Department
313 City-County Building
414 Grant Street
Pittsburgh, PA 15219

Bryan Campbell, Esquire
220 Grant Street
6th Floor
Pittsburgh, PA 15219